Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Plaintiff Andrew C. Tsien and Jenny E. Tsien


MARK D. LONERGAN (State Bar No. 143622)
ANDREW W. NOBLE (State Bar No. 245993)
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants Wells Fargo Home Mortgage

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew C. Tsien and Jenny E. Tsien,<br><br>             Plaintiff,<br><br>    and<br><br>Wells Fargo Home Mortgage and LENDER DOE<br><br>             Defendants | Case No.:  3:09-cv-04790-SI<br><br>PROPOSED ORDER FOR STIPULATION<br>TO CONTINUE HEARING<br><br>Judge:  Honorable Susan Illston |

  Plaintiffs Andrew C. Tsien and Jenny E. Tsien, by and through their attorney, and

Defendants, Wells Fargo Home Mortgage, by and through their attorney, stipulate as follows:

1. Defendants have a Motion to Dismiss scheduled to be heard on April 23, 2010 at 9:00 a.m. in

    Courtroom 4 before the Honorable Susan Illston.

---

**Proposed Order and Stipulation**                                                                                    **Page 1**

2. Plaintiff's counsel has developed medical complications associated with her pregnancy that have temporarily rendered her unavailable at Doctor's orders.

3. Defendant's counsel has agreed to accommodate Plaintiff's counsel by agreeing to postpone the hearing set for April 23, 3010 to a new hearing date.

4. NOW THEREFORE, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendant, through their respective attorneys, that the new hearing is set as follows:

>    Date:  June 4, 2010
>    Time:  9:00 a.m.
>    Ctrm:  10

**IT IS SO STIPULATED.**

**THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: April 5, 2010

By:____/s/ Kimberlee A. Rode_____
Kimberlee A. Rode, attorney for Plaintiff Andrew C. Tsien and Jenny E. Tsien

Dated: April 6, 2010

**SEVERSON & WERSON**

By:_____/s/ Andrew W. Noble_____
Andrew W. Noble, Attorney for Defendant Wells Fargo Home Mortgage

**IT IS SO ORDERED.**

Dated:_____

By_____
United States District Court Judge
Hon. Susan Illston