1  Kimberlee A. Rode (State Bar No. 186132)
   Law Office of Kimberlee A. Rode
2  9284 Jackson Road
   Sacramento, CA 95826
3  Telephone: (916) 417-4564
   Facsimile: (916) 244-7006
4
   Attorney for Andrew C. Tsien and Jenny E. Tsien
5

6  SEVERSON & WERSON
   Andrew Weiss Noble (SBN: )
7  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
8  Telephone (415) 398-3344
   Facsimile (415) 956-0439
9
   Attorneys for Defendants Wells Fargo Home Mortgage
10

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13

| Andrew C. Tsien and Jenny E. Tsien, Plaintiffs, | ) ) ) | Case No.: 3:09-CV-04790-SI |
|---|---|---|
| v. | ) ) ) ) | <u>PROPOSED ORDER FOR STIPULATION FOR CHANGING DATE OF INITIAL STATUS CONFERENCE AND ASSOCIATED DEADLINES</u> |
| Wells Fargo Home Mortgage, Defendants. | ) ) ) ) ) ) ) ) ) ) | Date: September 14, 2010<br>Time: 4:00 p.m.<br>Hon. Susan Illston<br><br>Action filed October 07, 2009 |

        COMES NOW Plaintiffs Andrew C. Tsien and Jenny E. Tsien ("Plaintiff"), by and through

their attorney of record, The Law Office of Kimberlee A. Rode, and Defendant, Wells Fargo Home

Stipulation for changing date of hearing - 1

Mortgage ( "Defendant"), by and through their attorneys of record, Severson & Werson, who stipulate as follows:

1. WHEREAS, the court had set the Initial Status Conference and Associated Deadlines to be heard August 13, 2010;

2. WHERAS, Plaintiff's counsel has a conflict on that date and made contact with the office of the Defendant's counsel;

3. WHEREAS, Plaintiff's counsel verified with the Courtroom Deputy Tracy Forakis the first available date to be September 14, 2010 at 4:00 p.m.;

4. WHEREAS, counsel for the parties have agreed to continue the Status Conference to September 14, 2010 at 4:00 p.m.;

5. WHEREAS, this stipulation will not alter any other date of any other event or any other deadline fixed by an Order of this Court.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The date for the hearing for the Initial Status Conference shall be September 14, 2010 at 4:00 p.m. in courtroom 10 before the Hon. Susan Illston.

**IT IS SO STIPULATED.**

                                                **THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: August 9, 2010                         /s/ Kimberlee A. Rode
                                     By: _____
                                           Kimberlee A. Rode, attorney for Plaintiff Andrew C. Tsien and Jenny E. Tsien

Dated: August 9, 2010                    **SEVERSON & WERSON**

                                         /s/ Andrew Weiss Noble
                                  By:    _____
                                         Andrew Weiss Noble, attorney for Defendant Wells
                                         Fargo Home Mortgage

    THE INTIAL STATUS CONFERENCE FOR THE ABOVE REFERENCED MATTER SHALL BE CONTINUED UNTIL SEPTEMBER 14, 2010 AT 4:00 P.M.

**IT IS SO ORDERED.**

Date:_____        By:_____
                                         United States District Judge

Stipulation for changing date of hearing - 3