Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Andrew C. Tsien and Jenny E. Tsien

SEVERSON & WERSON
Andrew Weiss Noble (SBN: )
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone (415) 398-3344
Facsimile (415) 956-0439

Attorneys for Defendants Wells Fargo Home Mortgage

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Andrew C. Tsien and Jenny E. Tsien,<br>            Plaintiffs,<br><br>v.<br><br>Wells Fargo Home Mortgage,<br>            Defendants. | Case No.: 3:09-CV-04790-SI<br><br>PROPOSED ORDER FOR STIPULATION FOR CHANGING DATE OF INITIAL STATUS CONFERENCE AND ASSOCIATED DEADLINES<br><br>Date: September 14, 2010<br>Time: 4:00 p.m.<br>Hon. Susan Illston<br><br>Action filed October 07, 2009 |

COMES NOW Plaintiffs Andrew C. Tsien and Jenny E. Tsien ("Plaintiff"), by and through their attorney of record, The Law Office of Kimberlee A. Rode, and Defendant, Wells Fargo Home

Stipulation for changing date of hearing - 1

Mortgage ("Defendant"), by and through their attorneys of record, Severson & Werson, who stipulate as follows:

1. WHEREAS, the court had set the Initial Status Conference and Associated Deadlines to be heard August 13, 2010;

2. WHERAS, Plaintiff's counsel has a conflict on that date and made contact with the office of the Defendant's counsel;

3. WHEREAS, Plaintiff's counsel verified with the Courtroom Deputy Tracy Forakis the first available date to be September 14, 2010 at 4:00 p.m.;

4. WHEREAS, counsel for the parties have agreed to continue the Status Conference to September 14, 2010 at 4:00 p.m.;

5. WHEREAS, this stipulation will not alter any other date of any other event or any other deadline fixed by an Order of this Court.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The date for the hearing for the Initial Status Conference shall be September 14, 2010 at 4:00 p.m. in courtroom 10 before the Hon. Susan Illston.

**IT IS SO STIPULATED.**

                                              **THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: August 9, 2010                /s/ Kimberlee A. Rode
                                By: _____
                                      Kimberlee A. Rode, attorney for Plaintiff Andrew C. Tsien and Jenny E. Tsien

1 | Dated: August 9, 2010                    **SEVERSON & WERSON**

                                             /s/ Andrew Weiss Noble
                              By:            _____
                                             Andrew Weiss Noble, attorney for Defendant Wells
                                             Fargo Home Mortgage

~~THE INTIAL STATUS CONFERENCE FOR THE ABOVE REFERENCED MATTER SHALL BE CONTINUED UNTIL SEPTEMBER 14, 2010 AT 4:00 P.M.~~

**IT IS SO ORDERED.**

Date:_____          By:_____
                                         United States District Judge

The motion to dismiss has been scheduled for argument on Friday, October 1, 2010, at 9:00 a.m.   The case management conference shall be held on October 1, 2010, at 3:00 p.m.

Stipulation for changing date of hearing - 3