MARK D. LONERGAN (State Bar No. 143622)
ANDREW W. NOBLE (State Bar No. 245993)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW C. TSIEN and JENNY E. TSIEN,<br><br>              Plaintiffs,<br><br>         vs.<br><br>WELLS FARGO HOME MORTGAGE and LENDER DOE,<br><br>              Defendants. | Case No.: CV09-04790<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

07685/0475/841752.1

STIPULATION FOR ORDER OF DISMISSAL
CASE NO. CV09-04790

1  IT IS HEREBY STIPULATED by and between plaintiffs ANDREW C. TSIEN and JENNY
2  E. TSIEN and defendant WELLS FARGO HOME MORTGAGE, by and through their designated
3  counsel, that the above-entitled action should be DISMISSED WITHOUT PREJUDICE pursuant to
4  Fed. R. Civ. P. 41(a)(1).

7  DATED:  September 7, 2010        SEVERSON & WERSON
                                    A Professional Corporation

                                    By:/s/ Andrew W. Noble
10                                       Andrew W. Noble

11                                  Attorneys for Defendant
                                    WELLS FARGO HOME MORTGAGE

13  DATED:  September 7, 2010        By:/s/ Kimberlee A. Rode
14                                       Kimberlee A. Rode, Attorney for Plaintiff

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA